**Dismissed and Memorandum Opinion filed October 30, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-11-01003-CV

---

**JOHN E. HART, Appellant**

**V.**

**DISCOVER BANK, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 975329**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 31, 2011. The clerk's record was filed November 30, 2011. The reporter's record was filed February 28, 2012. Appellant filed a *pro se* brief on March 28, 2012. On April 19, 2012, the court issued an order striking appellant's brief for failure to substantially comply with the Texas Rules of Appellate Procedure by failing to include citations to the record and to authority. The court ordered appellant to file an amended brief in compliance with the rules within thirty days.

No amended brief was filed, and on June 7, 2012, the court notified appellant that the court would consider dismissal of the appeal unless an amended brief was filed by June 25, 2012. No brief was filed. On June 25, 2012, appellant requested an extension of time to file his amended brief. *See* Tex. R. App. P. 38.6(d). On July 16, 2012, the court granted an extension of time to file appellant's amended brief until August 10, 2012, noting that no further extensions would be granted. No amended brief was filed.

On September 11, 2012, this court again issued an order stating that unless appellant filed an amended brief on or before September 28, 2012, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). To date, appellant's amended brief has not been filed, and appellant has not requested a further extension of time to file the brief.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Brown and Busby.

2